IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN WATHAN, et al.,<br><br>    Plaintiffs,<br><br> vs.<br><br>MERCED COUNTY SHERIFF MARK N. PAZIN, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. CV F 07-0874 LJO SMS<br><br>**ORDER TO RELATE ACTIONS AND TO ASSIGN NEW JUDGES** |

  Review of the above-captioned action reveals that it is related under this Court's Local Rule 83-123 to the action entitled *Helen Wathan, et al. v. Merced County Sheriff Mark N. Pazin, et al.,* Case No. CV F 05-1609 AWI DLB. The actions involve the same or similar parties, claims, events and/or questions of fact or law.  Accordingly, assignment of the actions to the same district judge and magistrate judge will promote convenience, efficiency and economy for the Court and parties.  An order relating cases under this Court's Local Rule 83-123 merely assigns them to the same district judge and magistrate judge, and no consolidation of cases is effected.

  On the basis of good cause, this Court ORDERS that the above-captioned action is assigned to United States District Judge Anthony W. Ishii and United States Magistrate Judge Dennis L. Beck with a new **CASE NO. CV F 07-0874 AWI DLB**.  All documents shall bear the new **CASE NO. CV F 07-0874 AWI DLB** and the new assignment to United States District Judge Anthony W. Ishii and United

1  States Magistrate Judge Dennis L. Beck.  This Court FURTHER ORDERS defendants to reset their
2  pending motion to dismiss before United States District Judge Anthony W. Ishii.
3          IT IS SO ORDERED.
4  **Dated:   July 9, 2007**                          **/s/ Lawrence J. O'Neill**
                                                                  UNITED STATES DISTRICT JUDGE