**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HELEN WATHAN, JAMES F. WATHAN, and as surviving heirs of JAMES WATHAN, JR., deceased,<br><br>    **Plaintiffs**,<br><br>  v.<br><br>MERCED COUNTY SHERIFF, MARK N. PAZIN, MERCED COUNTY DEPUTY SHERIFFS WILLIAM BLAKE, JOHN McKNIGHT, and RUSS SHARROCK, AND DOES 6-100, Inclusive,<br><br>    **Defendants.** | CV F 07-0874 AWI DLB<br><br>ORDER VACATING HEARING DATE OF OCTOBER 9, 2007, AND TAKING MATTER UNDER SUBMISSION<br><br><br>Documents # 7 and 8 |

  In this civil rights action, defendants County of Merced, et al. ("Defendants") have moved for dismissal of the instant action on the grounds the action is time-barred and that it is duplicative of the action filed in case number 05cv1609. Plaintiffs Helen Wathan and James Wathan ("Plaintiffs") have filed for remand of the instant case to the Superior Court of Merced County. A hearing on both motions was held on September 10, 2007. Following that hearing, the court invited further briefing and set consideration and further argument on the motions for October 9, 2007. The court has received the further briefings by both parties and has determined that Defendants motion for summary judgment and Plaintiffs' motion for remand are suitable for decision without further oral argument. Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 9, 2007, is VACATED, and no party shall appear at that time. As of October 9, 2007, the Court will take both motions under submission, and will thereafter issue its decision or decisions.

IT IS SO ORDERED.

**Dated:   October 4, 2007**                             /s/ **Anthony W. Ishii**
                                                                         UNITED STATES DISTRICT JUDGE